# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: ROBERT L. COLWELL & GINA M. COLWELL                     Case Number: 07-70411
14040 TALCOTT COURT                     SSN-xxx-xx-2327 & xxx-xx-1085
SOUTH BELOIT, IL  61080

Case filed on:   2/27/2007
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:  $800.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 2,000.00 | 2,000.00 | 0.00 | 0.00 |
|  | Total Legal | 2,000.00 | 2,000.00 | 0.00 | 0.00 |
| 011 | ROBERT L. COLWELL | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | ROBERT L. COLWELL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | HOMEQ SERVICING | 19,223.89 | 8,800.00 | 0.00 | 0.00 |
| 002 | THOMAS D LUCHETTI PC | 13,776.00 | 13,776.00 | 322.77 | 0.00 |
| 003 | HSBC AUTO FINANCE | 13,352.43 | 13,352.43 | 416.54 | 13.36 |
|  | Total Secured | 46,352.32 | 35,928.43 | 739.31 | 13.36 |
| 002 | THOMAS D LUCHETTI PC | 400.00 | 400.00 | 0.00 | 0.00 |
| 004 | NATIONAL FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | NATIONWIDE CREDIT, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ROUNDUP FUNDING LLC | 534.66 | 534.66 | 0.00 | 0.00 |
| 007 | ROUNDUP FUNDING LLC | 763.62 | 763.62 | 0.00 | 0.00 |
| 008 | GARY UDELL | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | PREMIER BANKCARD/CHARTER | 469.09 | 469.09 | 0.00 | 0.00 |
| 010 | ROUNDUP FUNDING LLC | 871.24 | 871.24 | 0.00 | 0.00 |
|  | Total Unsecured | 3,038.61 | 3,038.61 | 0.00 | 0.00 |
|  | Grand Total: | 51,390.93 | 40,967.04 | 739.31 | 13.36 |

Total Paid Claimant:       $752.67
Trustee Allowance:         $47.33            Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:    0.00              discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  09/27/2007            By  /s/Heather M. Fagan